Wright *v.* The Indianapolis and Cincinnati R. R. Co.

STEADMAN and Others *v.* TUELL and Another.

No bill of exceptions.    No error.

APPEAL from the *Shelby* Common Pleas.

*Per Curiam.*—There is no bill of exceptions in this case. No error appears in the record.

Affirmed, with 5 per cent. damages and costs.

*Thomas A. McFarland* and *John L. Montgomery,* for appellants.

*E. H. Davis, C. Wright,* and *J. C. Green,* for appellees.